# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**WAYNE H. SIPE**,

      Plaintiff,
vs.                                                            CASE NUMBER:     5:09-CV-1353

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**

      Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiff's motion for judgment on the pleadings is DENIED.  The Commissioner's motion for judgment on the pleadings is GRANTED.  The hearing officer's decision denying disability benefits is AFFIRMED, and the Plaintiff's complaint is DISMISSED;

All of the above pursuant to the order of the Honorable Judge William G. Young, of the District of Massachusetts sitting by designation, dated the 2nd  day of July, 2012.

DATED: July 3, 2012

*[signature]*
Clerk of Court

      s/
Christine Mergenthaler
Deputy Clerk

entered and served
7/3/12 (cm)